UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kevin H. Longino,
    Plaintiff,

vs.

City of Cincinnati,
    Defendants.

Case No. 1:12cv424
Litkovitz, M.J.

**ORDER APPOINTING
PRO BONO COUNSEL IN
MEDIATION PROCEEDING**

On September 5, 2012, pro se plaintiff Kevin H. Longino signed an "Agreement to Limited Appointment of Attorney for Mediation Assistance." The court will now appoint Attorney Carlee Toth of Squire, Sanders & Dempsey (US) LLP to represent the plaintiff in the above-captioned action solely for the limited purpose of assisting the plaintiff with mediation. Attorney Carlee Toth is not obligated to conduct any discovery, to prepare or respond to any motions or to participate in the trial of this case. Upon the conclusion of the mediation, her representation of plaintiff Kevin H. Logino will end. Accordingly,

**NOW, THEREFORE, IT IS ORDERED** that Attorney Carlee Toth be and hereby is **appointed** to pro bono representation of pro se plaintiff Kevin H. Longino for mediation purposes only in this action.

**IT IS FURTHER ORDERED** that this proceeding be and hereby is **transferred** to United States Magistrate Judge Stephanie K. Bowman for mediation and the parties shall appear at such time as she shall designate.

**IT IS FURTHER ORDERED** that the parties shall mediate their dispute in good faith.

**IT IS ALSO ORDERED** that the parties shall not file or reveal to this court or its staff any discussions or facts disclosed during mediation without the prior consent of the adverse party.

At the conclusion of the mediation, Magistrate Judge Stephanie K. Bowman will advise the district court judge whether mediation has been successful and will not otherwise reveal any information concerning the action.

**IT IS SO ORDERED.**

Date: 9/27/12

Karen L. Litkovitz
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kevin H. Longino,
    Plaintiff,

vs.

Cincinnati City of,
    Defendants.

Case No. 1:12cv-424
Litkovitz, M.J.
Consent Case

## AGREEMENT TO LIMITED APPOINTMENT
## OF ATTORNEY FOR MEDIATION ASSISTANCE

I, Kevin H. Longino, as a pro se plaintiff, agree to have the court appoint Attorney Carlee Toth, Esq. of Squire, Sanders & Dempsey (US) LLP, 221 East Fourth Street, Suite 2900, Cincinnati, Ohio 45202, (513) 361-1200, to assist the court in representing me in the above-captioned action solely for the limited purpose of advising me with the court ordered mediation. I recognize that attorney Carlee Toth and Squire, Sanders & Dempsey (US) LLP have accepted this engagement on a pro bono basis at the request of the court and I shall not be responsible for payment of my attorney's fees and costs. Although representation at the mediation shall include the protections of attorney-client privilege, I am not engaging attorney Carlee Toth or Squire, Sanders & Dempsey (US) LLP and have no attorney-client relationship beyond the court ordered mediation. Attorney Carlee Toth shall not be obligated to conduct any discovery or prepare or respond to any motions, and shall not be responsible for the trial of this case. Her advising me ends upon completion of the mediation or any necessary followup thereto.

I hereby acknowledge that I have read, understand and agree to the terms of this limited appointment of Attorney Carlee Toth for mediation assistance.

Dated this 5-7th day of September, 2012.

Kevin H. Longino
Pro se Plaintiff