UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kevin H. Longino,
    Plaintiff,

vs.

City of Cincinnati,
    Defendants.

Case No. 1:12cv424
Litkovitz, M.J. (consent case)
Bowman, M.J. (settlement)

**ORDER RELEASING PRO BONO REPRESENTATION**

    On September 5, 2012, pro se plaintiff Kevin Longino signed an "Agreement to Limited Appointment of Attorney for Mediation Assistance." The court appointed Attorney Carlee Toth of Squire, Sanders & Dempsey (US) LLP to represent the plaintiff in the above-captioned action solely for the limited purpose of assisting the plaintiff with mediation. Attorney Carlee Toth was not obligated to conduct any discovery, to prepare or respond to any motions or to participate in the trial of this case. Upon the conclusion of the mediation, her representation of plaintiff Kevin Longino would end. The court was advised on October 8, 2012 by attorney Carlee Toth that due to a conflict, she would request that the Court allow her to discontinue representing pro se plaintiff Kevin Longino for the limited purpose of assisting plaintiff with mediation in this matter.

    **NOW, THEREFORE, IT IS ORDERED** that Attorney Carlee Toth be and hereby is **released** from her pro bono representation of pro se plaintiff Kevin Longino in this matter.

    **IT IS SO ORDERED.**

Date: 10/15/12

Karen L. Litkovitz
United States Magistrate Judge