UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kevin Longino,
    Plaintiff,

vs.

City of Cinncinnati,
    Defendant.

Case No. 1:12cv424
Litkovitz, M.J.
Consent Case

**ORDER RELEASING PRO BONO REPRESENTATION**

On October 24, 2012, pro se plaintiff Kevin Longino signed an "Agreement to Limited Appointment of Attorney for Mediation Assistance." The court appointed Attorney Charles M. Miller of Keating Muething & Klekamp PLL to represent the plaintiff in the above-captioned action solely for the limited purpose of assisting the plaintiff with mediation. Attorney Charles M. Miller was not obligated to conduct any discovery, to prepare or respond to any motions or to participate in the trial of this case. Upon the conclusion of the mediation, his representation of plaintiff Kevin Longino would end. The court was advised by United States Magistrate Judge Stephanie K. Bowman that the mediation has ended.

**NOW, THEREFORE, IT IS ORDERED** that Attorney Charles M. Miller be and hereby is **released** from his pro bono representation of pro se plaintiff Kevin Longino in this matter.

**IT IS SO ORDERED.**

Date: 11/14/12

Karen L. Litkovitz
United States Magistrate Judge