### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

Kevin H. Longino,
       Plaintiffs,

   v.                                                Case No. 1:12cv424
                                                          (Litkovitz, MJ ; Consent Case)

City of Cincinnati,
       Defendants.

---

### JUDGMENT IN A CIVIL CASE

---

**[ ]**     **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Defendant's [37] Motion for summary judgment is Granted. This action is Dismissed on the docket of the Court.


Date: June 4, 2013

                                                     John P. Hehman, Clerk of Court


                                     By:  <u>s/Arthur Hill, deputy clerk</u>